ERIC GRANT
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MANUEL AVALOS-PADILLA,<br><br>   Defendant. | CASE NO.  2:01-CR-00034-KJM<br><br>**ORDER** |

   Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment Manuel Avalos-Padilla is dismissed. Any pending arrest warrant is recalled.

DATED:  November 17, 2025.

_____
UNITED STATES DISTRICT JUDGE